UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:16-00004-1 |
| ) | CHIEF JUDGE SHARP |
| ROYAL RAYMOND WELLER ) | |

## MOTION TO SET PLEA HEARING

**NOW COMES** the defendant, Royal Raymond Weller, through counsel, and respectfully requests that the Court schedule a plea hearing in the above referenced matter. The parties would show that a plea agreement has been reached for the Court's consideration. Accordingly, the parties request that the Court schedule a plea hearing on April 6, 2016, at 1:30 PM.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2016, I electronically filed the foregoing Motion to Set Plea Hearing Date with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Jason Ehrlinspiel, Assistant U.S. Attorney, 110 Ninth Avenue South, A-961, Nashville, TN 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ